**James R. HICKS, Petitioner–Appellant,**

v.

**Martha A. WANNAMAKER, Warden, Tyger River Correctional Institution; Charles Molony Condon, Attorney General of South Carolina, Respondents–Appellees.**

No. 00–7661.

United States Court of Appeals, Fourth Circuit.

Submitted March 16, 2001.

Decided March 19, 2001.

James R. Hicks, pro se. Charles Molony Condon, Attorney General, Columbia, SC, for appellees.

Before WIDENER, WILKINS, and MICHAEL, Circuit Judges.

PER CURIAM.

James R. Hicks appeals the district court's orders dismissing without prejudice

his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000) and denying his Fed.R.Civ.P. 59(e) motion. We have reviewed the record, the district court's opinion accepting the recommendation of the magistrate judge and the district court's order denying Hicks' motion to alter or amend the judgment and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Hicks v. Wannamaker*, No. CA 00–2236–6–20–AK (D.S.C. Sept. 6 and Oct. 20, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*